X-ray image: TALAAT MOHAMED - CR - Femur Right, Portable - 6/17/2010



3/15



4/15

2/5

TALAAT MOHAMED - CR - Femur Right - 6/17/2010

6/15

7/15

TALAAT MOHAMED - CR - Knee Bil - 6/17/2010







TALAAT MOHAMED - MR - MRI Lower Extremity Joint without contrast RIGHT - 6/19/2010

Series 1 : 3-PLANE LOC (MR) [Loading Image 14 of 21]