8/17/2019

Talaat Mohamed
104 Corbin Ave.#1A
Jersey City, NJ.07306
Tel.: 551-998-0954

## Complaint

To whom it may concern:

Gentlemen,

I am writing this complaint against:
1- Kearny Steel Container, Corp. located in Newark, NJ. my ex-employer
2- Mr. Ricky Friedman, Attorney doing businss at 648 Newark Ave., Jersey City, NJ 07306 who represented me in a work related accident in 2010 at the work facility of the company listed above.
3- New Jersey Manufacturer Insurance Company, West Trenton, NJ.08628.

Details of complaint: I started working for Kearny Steel Container Corp. in 2008 as a Tractor trailer Technical Electrician. On June 17, 2010 while working on one of the Company trailers I was hit twice by a truck. I was taken to The University Hospital in Newark where they operated on my right leg in the thigh area and my knee. Three weeks later while visiting "Kessler" hospital in West Orange, NJ for treatment, I met Dr, Oppen-Heim who advised me that that my right foot heel is also broken and they did the operation. Now I have 4 screws in my right leg, two in the knee and two in the heel.
In 2011 they operated on the right leg for the fourth time, they took the screw out and replaced it by a plate. In 2016 and 2017 I suffered from severe pain in my back and I went through two additional operations on my neck and backbones.
In 2012 I went to court which decided that I have a 50% disability. The court also decided that the insurnce company should pay me a weekly payment of $435.00 a week for a period of four or five years approximately. In 2018 the insurance company, NJM Stopped my payments. So I went to the court again on 03/20/2019. On that day and in front of the tanslator, my lawyer, Mr. Ricky Friedman advised me that the court decided that I was then 100% disabled permanently and that I will get a lum sum payment of $25000.00 and I will continue receiving medical treatment after receiving the first check. On 06/02/2019 I received a check in the sum of $5,722.00. A month later I received another check for $10,017.00. So I did not collect $25000.00 as informed by attorney. I went to his office to dicuss the promised payment of $25000.00 and he promised that he will take to the insurance company which he didn't do. In addition he did not help to collect my payment of $435.00 weekly payment which was stopped by the insurance company for 15 month. I was later on advised by the insurance lawyer that out of the $25000.00 I suppose to pay the medical bills which I would have reject should Mr. Firedman told me that and I would ask then for arbirator.

Over please

In brief, the following are my requests:

1- They told me that my payments will deposited with The State of NJ. I was not advisd of such action by the court and noone asked my opinion in this matter.
2- I was promised that I will continue receiving the necessary treatment and this never happened. I am still suffering from unberable pain in both heels and knees and unstable legs as well pain in both of my elbows. I feel dizzy most of the time and dipressed. I am tired of their game playing me by the insurance company and my attorney.
3- I am highly qualified in my profession as I have 40 years of experience which I can not benefit from due to my permanent disability and I am lokking forward to compensated for such financial loss.
4- I am asking for and increase of my hourly rate from $13.00 to $25-28 an hour to to match the payment of the alike workers. I never received any raise during my employment like the other workers.
5- My monthly payment after being 50% disabled is $1755.00. Now I am 100% disabled and I believe I am entitled for a double payment of the current monthly payment keeping in mind that I was working 60 hrs. a week.
6- I need your help to get a different lawyer to handle my case.
7- I am looking to receive a lum sum compensation instead of the monthly payment in order to pay all my accumulated debts.

Kindly set an appointment to see you and give more details of my case.
Thanking you in advance for your anticipated co-operation, please accept my Regards.

Respectfully,

Talaat Mohamed

8-17-2-19