HUD-L-001578-20   04/15/2020   Pg 5 of 7 Trans ID: LCV2020750667

Talaat Mohamed
104 Corbin Ave. #1A
Jersey City, NJ. 07306
Tel.: 551-998-095

02/27/2020

## Complaint
### In The name Of Allah, Most Gracious, Most Merciful
### (If You Rule among people, Judge bu justice)

To Whom It May Concern:
Gentlemen,

Please be advised that I am writing this complaint against Mr. Ricky Bagolie, An attorney doing business at 648 Newark Ave., Jersey City, NJ.07306 who represented Me in a work related accident that tookplace in 2010 while working at Kearny Steel Containers Corp. located in Newark, NJ.

1- I am oppressed because my lawyer, Mr. Ricky Bagolie promised me in court that I will receive $25000.00 from NJM. The employer's insurance company. However, I only received $15000.00 leaving me a balance due to me of Ten Thousand Dollars.

2- The period from April, 2018 to May, 2019 I did not receive any payment for this period. My lawyer promised to get me this amount but he did not keep his promise.

3- I asked him about my annual pay increase from the date of the accident, and told me that I am noe entitled to any increase by law. He was so angry when- I asked him to do so. Then I went to Washington D.C. and met with my Congressman who confirmed to me that I am entitled to such increase. It is The Law and I have the proof.

4- In 2018 my lawyer sent me to doctor for examination and he decided that I need operation on the left leg heel as well as physical therapy to helpme with other bone injuries resulting from the accident. My lawyer didn.t care ask the when I can o for the operation and told me we need to go to the court first to collect the money and then we take care of the operation. I didn't the money or operated on. This is not honest work or handling my business with sincerity. I do not know why he did not ask the court to order the operation to finish my treatment and suffering and ask for the money in the same session?.

5- My lawyer also promised to send me to Dr. "Gardano" after receiving the first Check but he waited seven month before doing so. He also refused to send me to a neutral orthopedic doctor instead he sent me a letter I am enclosing it herein with the complaint.

6- I am asking for immediate investigation into all the matters referred to above. I am looking forward to get all my rights from the beginning of the accident untill now. I want a jury and I want all my rights at once.

7- From my point of view my lawyer collected his fees and that was all his concern and left me without teatment and monetary compensation. I am in bad shape physically and psychologically. Please I am desperate for your help.

8- I am also asking to probate all payments cotained in the attached copies of "ORDER FOR TOTAL DISABILITY" forms

Thanks to you all, May God reward you with all the good to support the truth.

Respectfully,

Talaat M. Mohamed