**Maribel Lozada**

**From:** Ricky E. Bagolie
**Sent:** Friday, January 10, 2020 2:10 PM
**To:** Maribel Lozada
**Cc:** Steven Merritt; Ricky E. Bagolie; Thomas MacInnis
**Subject:** Send this letter to Talaat


Dear Mr. Mohammed:

I was contacted by another law firm about them taking over your case. It appears that they told you the same thing I have been telling you which I will repeat here.

There is no other money coming to you other than the weekly payment of $438.92 which will continue for the rest of your life. There will be no other lump sum payments. I filed a Motion with the Court asking for an additional lump sum based upon the Order but it was denied and the judge said the calculations were correct. The payments you are getting and will continue to get will not change and there is no trial or reopening of the petition that will accomplish this. I WILL NOT be going to court again on this issue as it is legally over. You  received the best outcome possible.

As far as treatment, you retain the right to get treatment for the body parts listed in the order. All treatment must be authorized by the respondent or Ordered by the court. Dr. Giordano is the doctor authorized to treat your neck and back and Dr. Openheim is the doctor authorized to treat your legs and feet. I have asked the respondent to send you back to the doctor and I have also requested that they use a doctor other than Openheim although they are not required to. I will let you know when they respond. Again, your right to receive treatment for the body parts of this case remains open.

Finally as part of your Order for Total Disability the State of NJ needs to certify your disability and, to that end, they sent you a packet that MUST be filled out, signed by your and returned. It is sent by the State's Division of Vocational Rehabilitation. Your weekly check will not continue until this is done. If there is any concern fill it out and drop it off at our office so I can review it.

I hope this clears up any ambiguity or concern.

Very truly yours.

Ricky Bagolie


Sent from my iPhone
Please excuse any typos caused by autocorrect

1

Date: 06/08/2021

From: Talaat Mohamed
104 Corbin Ave.#1A
Jersey City,NJ.07306
Tel.: 551-998-0954.

To: The Honorable Merrick B. Gerard
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001.

Subject: Grievance
RE: Workers' Compensation Case
Date of Accident: 06/17/2010

Dear Sir, I am submitting this complaint against:
1- Mr. Ricky Bagolie attorney at Bagolie Friedman Law Office located at 648 Newark Ave., Jersey City,NJ.0306.
2- NJM. Insurance Group, my employer's Workers' Compensation Carrier.
3- Honorable Kimberly Espinales-Malony, J.S.C. at The Superior Of New Jersey, County of Hudson, Jersey City,NJ.

Accident brief: on June 17, 2010 while working on a company trailer I was run over back and forth by a truck causing severe damages to my right leg, back, and spine. I already had four operations on my right leg, one on my back, and one on my spine. The court decided that I am totally disabled and I am still suffering of pain and need more medical treatment and I am not getting it.

I was unfairly, unprofessionally, and unethically treated by all the above parties and poorly compensated. I filed a complaint against Mr. Bagolie and NJM . Group, but the case was dismissed by The New Jersey Supreme Court judge and I was never been called on to attend the trial or to hear from me. I also filed a complaint with The NJ. Bar Association against my lawyer but everyone is giving me the running around.

Therefore, I am looking for a fair trial with jury to determine a fair monetary Compensation. I also need a government attorney to represent me as at all Times all lawyers refused to represent me in my case

Please find enclosed almost a full copy of my legal and medical documents for your review. I can't afford an attorney and I will need Arabic translator. Looking forward to hear from you, please accept my respect and regards.

Thank You.

Respectfully,

Talaat Mohamed