# ATTORNEY ETHICS GRIEVANCE FORM

### Please Type Or Print Legibly All Information

**A.**   **GRIEVANT: Mr./Mrs./Miss./Ms. (Circle One)**

| MOHAMED | TALAAT | |
|---|---|---|
| LAST NAME | FIRST | MIDDLE |

104 CORBIN AVE.   APT.# 1A

| ADDRESS | STREET/P.O. BOX | | |
|---|---|---|---|
| JERSEY CITY | NJ | 07306 | HUDSON |
| CITY | STATE | ZIP | COUNTY |

TELEPHONE:   DAY (551  ) 998-0954        EVENING (551  ) 998-9054

**B.**   **THE SPECIFIC LAWYER YOU ARE COMPLAINING ABOUT IS:**

| BAGOLIE | RICKY | E. |
|---|---|---|
| LAST NAME (INCLUDE SR., JR., III, ETC.) | FIRST | MIDDLE |

648 NEWARK AVE.

| OFFICE ADDRESS | STREET/P.O. BOX | | |
|---|---|---|---|
| JERSEY CITY | NJ | 07306 | HUDSON |
| CITY | STATE | ZIP | COUNTY |

(1)   IS THE SPECIFIC LAWYER COMPLAINED ABOUT YOUR LAWYER?        X YES ___ NO
(2)   IF SO, DOES THIS LAWYER STILL REPRESENT YOU?               ___ YES X NO
(3)   IF NOT, DO YOU HAVE A NEW LAWYER?                          ___ YES X NO
(4)   IF SO, WHO IS YOUR NEW LAWYER? _____

**C.**   **THE TYPE OF CASE HANDLED BY THE LAWYER WAS: (CHECK ONE)**

| | | | | | |
|---|---|---|---|---|---|
| ___ | Admiral/Maritime | (V) | ___ | International Law | (I) |
| ___ | Adoption/Name Change | (A) | ___ | Juvenile Delinquency | (J) |
| ___ | Bankruptcy/Insolvency/Foreclosure | (B) | ___ | Labor | (L) |
| ___ | Collection | (H) | ___ | Landlord/Tenant | (Q) |
| ___ | Contract | (K) | ___ | Negligence (Personal Injury) Property Damage | (N) |
| ___ | Corporation/Partnership Law | (X) | ___ | Patent/Trademark/Copyright | (P) |
| ___ | Criminal, Quasi-Criminal and Municipal Court | (C) | ___ | Real Estate | (R) |
| ___ | Domestic Relations (Divorce, Support, Custody) | (D) | ___ | Small Claims Court | (S) |
| ___ | Estate/Probate | (E) | ___ | Tax | (T) |
| ___ | Federal Remedies/Civil Rights | (F) | X | Workers' Compensation | (W) |
| ___ | Government Agency Problems (Local thru Federal) | (G) | ___ | Other Litigation (specify) | (Y) |
| ___ | Immigration/Naturalization | (M) | ___ | Other Non-Litigation (specify) | (Z) |

IS THE CASE HANDLED BY THE LAWYER STILL PENDING?        ___ YES        X NO

---

(This Section for Secretary's Use Only)

DOCKET NUMBER _____   DATE DOCKETED _____

---

** COMPLETE BOTH SIDES **

**D.    OTHER RELATED COMPLAINTS OR LITIGATION:**

(1)   Have you filed a complaint regarding this matter with law enforcement authorities or any other state or federal agency? _____ YES __X__ NO  If yes, please state:

Name of Agency: _____

Contact Person: _____  Date Filed: _____

Result: _____

(2)   Is the matter you are complaining about the subject of a pending civil law suit? _____ YES __X__ NO
If yes, give name of Court _____

Docket Number: _____  County: _____

**E.    NATURE OF GRIEVANCE:**

> State what the lawyer did or failed to do which may be unethical. State all relevant FACTS including dates, times, places and names and addresses of important witnesses. Attach copies of important letters and documents.

* LAWYER FAILED TO FULLY EXPLAIN TO ME ALL THE SETTLEMENT TERMS
* LAWYER PROIMSED VERBALLY THAT MY MEDICAL TREATMENT WILL CONTIUE, BUT IT DID NOT.
* LAWYER PROIMSED VERBALLY THAT I WILL RECEIVE 15 MONTHS OF BACK SALARY. BUT I NEVER DID.
*LAYWER PUSHED ME TO SETTLE THE CASE DEPITE MY CONSISTANT REQUEST TO GO TO TRIAL
* LAWYER CLOSED MY CASE EVEN THOUGH HE TOLD ME IT WILL STILL BE ACTIVE FOR 2 YEARS
* FINALLY ASKED ME TO GET ANOTHER LAWYER TO REPRESENT ME. I WNET TO MORE THAN 20 LAWYERS, ALL OF WHICH REFUSED TO RE-OPEN MY CASE.

(Use Additional Sheets if Necessary)

**F.    INVESTIGATIVE CONFIDENTIALITY**

The Supreme Court of New Jersey has held that persons who file grievances "may speak publicly regarding the fact that a grievance was filed, the content of that grievance, and the result of the process." Since disciplinary officials are required by *Rule* 1:20-9(h) to maintain the confidentiality of the investigation process and may neither speak about the case nor release any documents, until and unless a formal complaint is issued and served, you must also keep confidential any documents you may receive during the course of the investigation of your grievance.

To protect the integrity of the investigation process, we recommend that you, as well as all witnesses, not speak about the case other than to disciplinary officials while the matter is under investigation. So long as you maintain the confidentiality of the investigation process, you have immunity from suit for anything you say or write to disciplinary officials. However, the Supreme Court has stated that you "are not immune for statements made outside the context of a disciplinary matter, such as to the media or in another public forum." *R.M. v. Supreme Court of New Jersey, 185 N.J. 208* (2005).

Date: __10/07/2020__                              s/ _____
                                                                        Signature

> PLEASE REVIEW THE PAMPHLET "INFORMATION ABOUT GRIEVANCE PROCEDURES AND DISCIPLINE OF LAWYERS" PROVIDED BY THE ETHICS SECRETARY.

**PLEASE NOTIFY DISTRICT SECRETARY OF DISABILITY ACCOMMODATION NEEDS.**