*ATTORNEY MEMBERS*
RICHARD D. DE VITA, CHAIR
ANTHONY J. VIGNIER, VICE CHAIR
ALEXANDRA COGLIANESE
STEPHANIE L. LOMURRO
RACHEL A. MONGIELLO
MONIQUE MOREIRA
CHEYNE R. SCOTT
SAPANA SHAH
SARABRAJ S. THAPAR
JAY B. YACKER
KIMBERLY K. GLATT
SHARON RIVENSON MARK
JEFFREY MONGIELLO
NIDARA Y. ROURK
JEFFREY SHOOMAN
EMILY ANNE WALSH
PAUL S. EVANGELISTA
LISA C. FENNELL
RICHARD W. FOGARTY
LINDSAY A. HELLER
KEVIN J. PURVIN
KAREN V. VINCENT
JAMES H. AIBEL
RAHAT A. CHATA
RYAN J. GAFFNEY
ALLA GULCHINA
BRIAN M. RADER
KATHERINE E. SUELL

# SUPREME COURT OF NEW JERSEY
## DISTRICT ETHICS COMMITTEE
### FOR HUDSON COUNTY
### DISTRICT VI

*PUBLIC MEMBERS*
LEONARD F. ROSENBERG
JOSE BOMBINO
JOHN C. MOLLARD
DR. ELNARDO WEBSTER

PLEASE REPLY TO:

DANIEL P. D'ALESSANDRO, ESQ.,
SECRETARY
c/o McCARTER & ENGLISH, LLP
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102
(973) 639-2053
ddalessandro@mccarter.com

July 9, 2021

**VIA REGULAR MAIL**
Talaat Mohamed
104 Corbin Avenue, Apt. 1A
Jersey City, NJ 07306

Re:  Grievant v. Ricky E. Bagolie, Esq.
     Docket No: VI-2020-0010

Dear Mr. Mohamed:

Please be advised that this matter has been re-assigned to Alexandra Coglianese, Esq., a member of this Committee, for preliminary investigation of your grievance. **Ms. Coglianese will investigate the content of your grievance only and does not represent you in connection with this grievance/investigation or in any other matter.** Please send any further correspondence you may have on this matter directly to Ms. Coglianese at the following address: Alexandra Coglianese, Esq., Bremer Buckner, LLC, 2 University Plaza Drive, Suite 312, Hackensack, New Jersey 07601.

For convenience, and based on our records, enclosed are the following documents submitted to date by Respondent and you in connection with this investigation:

- Your Grievance (w/ attachments) dated October 7, 2020, totaling 18 pages;

- Respondent's response to the Grievance (w/ attachments) dated December 10, 2020, totaling 62 pages;

- Letter from Respondent to you (w/ attachments) dated November 12, 2020, totaling 6 pages.

- Undated handwritten notes and other documents submitted by you, totaling 67 pages.

ME1 36097529v.1

**If you would like to submit any other documents or a written reply to Respondent's December 10, 2020 response to the Grievance, please send those documents or written reply to Ms. Coglianese no later than July 30, 2021.**

Very truly yours,

/s/ Daniel P. D'Alessandro

Daniel P. D'Alessandro, Secretary
District VI Ethics Committee

DPD/fp
Enclosures

cc: Alexandra Coglianese, Esq., Investigator (via eCourts)
    Richard D. DeVita, Esq., Chair (via eCourts)
    Isabel McGinty, Statewide Ethics Coordinator, Office of Attorney Ethics (via eCourts)
    Ricky E. Bagolie, Esq., Respondent (via Regular Mail, w/ encl.)

ME1 36097529v.1