

**BAGOLIE FRIEDMAN**
INJURY LAWYERS

648 NEWARK AVENUE
JERSEY CITY, NJ 07306

201.656.8500 Telephone
201.656.4703 Facsmile
866.333.3529 Toll Free Nationwide

Email: info@bagoliefriedman.com
www.bagoliefriedman.com

RICKY E. BAGOLIE*
ALAN T. FRIEDMAN**†

THOMAS MacINNIS**

*NJ & FL BARS
**NJ & NY BARS

† CERTIFIED BY THE SUPREME COURT
OF NJ AS A CIVIL TRIAL ATTORNEY

January 10, 2020

Talaat Mohamed
104 Corbin Avenue, Apt. 1a
Jersey City, NJ  07306

**Re:**   **Talaat Mohamed vs. Kearny Steel Container Corp**
          **BF #: 220427**

Dear Mr. Mohamed:

I was contacted by another law firm about them taking over your case. It appears that they told you the same thing I have been telling you which I will repeat here.

There is no other money coming to you other that the weekly payment of $438.92 which will continue for the rest of your life. There will be no other lump sum payments. I filed a Motion with the Court asking for an additional lump sum based upon the Order but it was denied and the judge said the calculations were correct. The payments you are getting and will continue to get will not changer and there is no trial or reopening of the petition that will accomplish this. I WILL NOT be going to court again on this issue as it is legally over. You received the best outcome possible.

As far as treatment, you retain the right to get treatment for the body parts listed in the order. All treatment must be authorized by the respondent or Ordered by the court. Dr. Giordano is the doctor authorized to treat you neck and back and Dr. Openheim is the doctor authorized to treat your legs and feet. I have asked the respondent to send you back to the doctor I have also requested that they use a doctor other than Openheim although they are not required to. I will let you know when they respond. Again, your right to receive treatment for the body parts of this case remains open.

Finally as part of your Order for Total Disability the State of NJ needs to certify your disability and, to that end, they sent you a packet that MUST be filled out, signed by you and returned, It is sent by the State's Division of Vocational Rehabilitation. Your weekly check will not continue until this is done. If there is any concern fill it out and drop it off at our office so I can review it.

I hope this clears up any ambiguity or concern.

Very truly yours,

Ricky E. Bagolie

REB/ml

NEW YORK, NEW YORK
364 WILLIS AVE., MINEOLA

AFFILIATE OFFICES
CLIFTON, NEW JERSEY
157 ACKERMAN AVENUE

HOLLYWOOD, FLORIDA
3900 HOLLYWOOD BLVD., SUITE 201