**Talaat Mohamed**
**104 Corbin Ave.#1A**
**Jersey City,NJ.07306**
**Tel.: 551-998-0954**

Date:   07/22/2021

To:  Ms. Alexandra Coglianese, Esq.
   C/O Bremer Buckner, LLC
   2 University Plaza DR. Ste.312
   Hackensack,NJ.07601.

Re: Grievant V. Ricky E. Bagolie, Esq.
 Docket No:  VI-2020-0010

Dear Ms. Coglianese
Please be advised that I am in receipt of your letter dated 07/10/2021 regarding to the Captioned subject.   I am writing this letter to you to express my deep feeling of being oppressed as for so long I have never received my full rights in this matter. I was not treated fairly or ethically by both  Mr. Bagolie my attorney as well as NJM. Insurance company. All the troubles I have been going through are caused by Mr. Bagolie due to mishandling my case. He made promises that he didn't keep or deliver and as a result I have been suffering from nervousness, anxiety, despair, and mental conditions. He betrayed my trust in him. He sold my case to the insurance company. I mailed you copies of all the letters he sent to me. I want to see him face to face before impartial jury to hear from me directly. I am looking for fair compensation for the financial, psychological, and physical damages I sustained. I hope you finish your investigations A.S.A.P. keeping in mind that my case is already more than 11 Yrs. Old. I want to get back my normal life and live free of depression and anxiety.
Finally,  I am asking for a neutral lawyer. I tried to reach out around 30 lawyers and all of them declined to accept my case and I wonder why? .  I also need an Arabic translator. Thank you for your anticipated understanding and cooperation.

Respectfully,

*[signature]*

Talaat Mohamed


آ كل نقابة الى مين

با آ ر شيبوشير